UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | |
| Steven A Boyd | : | Case No.:  20-12628MDC |
| Julie A Boyd | : | |
| | : | |
| Debtor (s) | : | Chapter 13 |

PRAECIPE TO WITHDRAWAL DOCUMENT

TO THE CLERK:

Please withdrawal the following documents:

- *Amended Schedule J* filed at Docket No. 18
- *Amended Plan* filed at Docket No. 19

Date: August 17, 2020                              By: /s/ Brad J. Sadek, Esquire

                                                   Attorney for Debtor